1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

MARIO H. RIVAS PINEDA,                    CASE NO. C10-390-RAJ-JPD

                 Petitioner,

      v.                                                    ORDER OF DISMISSAL

A. NEIL CLARK, Field Office Director, U.S.
Immigration and Customs Enforcement, *et al.*,

                Respondents.

      The Court, having reviewed petitioner's Emergency Petition for Writ of Habeas Corpus

and Complaint for Declaratory and Injunctive Relief (Dkt. No. 4), respondents' Response to

Petitioner's Request for Stay of Removal (Dkt. No. 6), the Report and Recommendation of the

Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses

to that, and the remaining record, finds and Orders as follows:

    1.  The Court adopts the Report and Recommendation.

    2.  Petitioner's habeas petition is DISMISSED with prejudice, petitioner's request for stay of

        removal is DENIED, and the previous temporary stay of removal issued by the Court is

        VACATED.

ORDER OF DISMISSAL - 1

3.  The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 25th day of May, 2010.


_____

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2